No. 95–5673. GUESS *v.* JONES, SHERIFF. C. A. 6th Cir.;
No. 95–5674. GUESS *v.* WILKINSON ET AL. C. A. 6th Cir.;
No. 95–5703. GUESS *v.* STRAIGHT. C. A. 6th Cir.; and

No. 95–5704. GUESS v. MONTGOMERY, ATTORNEY GENERAL OF OHIO. C. A. 6th Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until November 6, 1995, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.